AO-10
Rev. 1/97

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 1905

Report Required by the Ethics
Reform Act of 1989, Pub. L. No.
101-194, November 30, 1989
(5 U.S.C. App. 4, 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| KEARSE, AMALYA L. | COURT OF APPEALS, 2D CIRCUIT | 04/25/06 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE | ___ Nomination, Date __/__/__  <br> ___ Initial  _X_ Annual  ___ Final | 01/01/05 - 12/31/05 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURTHOUSE <br> FOLEY SQUARE <br> NEW YORK, NEW YORK 10007 | Reviewing Officer _____ Date _____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Trustee, Director | ██████████ Memorial Scholarship Fund |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-17 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements) | |
| '69, '79 | Hughes Hubbard & Reed - Amalya L. Kearse: Return of July 1979 Re |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 18-25 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 2/22 | Devyn Press  Royalties | $ 23.00 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## IV. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp. 26-29 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| X   NONE   (No such reportable reimbursements or gifts) | |
| | |
| | |
| | |
| | |
| | |
| | |

## V. OTHER GIFTS.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp. 30-33 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| X   NONE   (No such reportable gifts) | | |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

## VI. LIABILITIES.

(Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of the spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp. 34-36 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| X   NONE   (No reportable liabilities) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KEARSE, AMALYA L. | 04/25/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g., div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | | |
| | | | | | | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) | |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | | |
| 1 Clinton Assoc. Ptnp | A | Distribu | J | W | | | | | | |
| 2 Int'l Constructors Ptnp | B | Distribu | J | W | | | | | | |
| 3 T Rowe Price Eq Inc Mutual Fund | A | Dividend | J | T | | | | | | |
| 4 Urban Improvement 1975 Ptnp | | None | J | W | | | | | | |
| 5 Janus Twenty Mutual Fund | A | Dividend | J | T | | | | | | |
| 6 IRA Janus Fund | | None | J | T | Rollovr | 2/10 | K | | | |
| 7 IRA Janus MidCap Value Fund | | None | L | T | | | | | | |
| 8 IRA T Rowe Price MidCap Value Fund | | None | K | T | Rollovr | 2/11 | K | | | |
| 9 Janus Money Market Fund | A | Dividend | J | T | | | | | | |
| 10 T Rowe Price Money Market Fund | A | Dividend | J | T | | | | | | |
| 11 T Rowe Price MidCap Growth Fund | C | Dividend | L | T | | | | | | |
| 12 Citibank Money Market | A | Interest | J | T | | | | | | |
| 13 Scientific Atlanta Co. | A | Dividend | L | T | SeeNote | | | | | |
| 14 Legg Mason Value Fund | | None | K | T | SoldPt | 9/1 | J | A | | |
| 15 LSI Logic | | None | L | T | | | | | | |
| 16 Wasatch Core Growth | B | Dividend | K | T | | | | | | |
| 17 Rite Aid Corp. | | None | | | SoldAll | 1/2 | J | | | |
| 18 Bear Stearns Money Market Portfolio | A | Dividend | J | T | | | | | | |

1 Inc/Gain Cds: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(Col. B1,D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=$5,000,001 or more

2 Val Cds:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000  N=$250,001-$500,000
(Col. C1,D3)  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

3 Val Mth Cds:  Q=Appraisal  R=Cost (real estate only)  S=Assesment  T=Cash/Market
(Col. C2)  U=Book Value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| KEARSE, AMALYA L. | 04/25/06 |

## VII. Page 2 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 37-54 of Instructions.)

| A. Description of Assets (including trust assets) Indicate where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt.1 Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value2 Code (J-P) | (2) Value Method3 Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value2 Code (J-P) | (4) Gain1 Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 19 Bally Total Fitness | | None | | | SoldAll | 8/3 | J | | |
| 20 Koninklijke Ahold | | None | | | SoldAll | 5/13 | J | | |
| 21 IndyMac Bancorp | B | Dividend | L | T | | | | | |
| 22 IndyMac Bancorp | B | Dividend | K | T | Bot | 3/16 | K | | |
| 23 Selected American Shares | A | Dividend | L | T | | | | | |
| 24 Selected Special Shares | C | Dividend | K | T | | | | | |
| 25 Legg Mason Opportunity Fund | | None | | | SoldAll | 3/17 | K | C | |
| 26 T Rowe Price Media & Telecom. Fund | | None | J | T | | | | | |
| 27 Liberty Media A | | None | J | T | SoldPt | 9/1 | J | | |
| 28 Discovery A Holding Co., spinoff of Liberty Media A | | None | J | T | SpinOff | 7/25 | J | | |
| 29 Wireless Age Communications | | None | | | SoldAll | 1/2 | J | | |
| 30 Immunicon | | None | J | T | | | | | |
| 31 Veeco Instruments | | None | K | T | | | | | |
| 32 SonicWall | | None | | | Bot | 1/2 | J | | |
| 33 SonicWall | A | None | | | SoldAll | 9/1 | J | | |
| 34 Checkpoint Systems Inc. | | None | K | T | Bot | 9/6 | K | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |

1 Inc/Gain Cds: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000
(Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=$5,000,001 or more

2 Val Cds: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 N=$250,001-$500,000
(Col. C1, D3) O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000 P4=$50,000,001 or more

3 Val Mth Cds: Q=Appraisal R=Cost(real estate only) S=Assesment T=Cash/Market
(Col. C2) U=Book Value V=Other W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | KEARSE, AMALYA L. | 04/25/06 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

All Explanations are re Part VII:

All investments shown in previous report as having no value at end of reporting period were sold, dissolved, or otherwise disposed of during that period and have been deleted from form.

Some shares of Scientific Atlanta were donated to charity in 2005.

Part of IRA Janus Fund was rolled over into IRA T Rowe Price MidCap Value Fund.

Multiple entries for the same security, required in prior report because purchased on different dates, have been consolidated.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kearse, Amalya L. | 4/25/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## X. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____     Date __April 25, 2006__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544